**Floyd W. ESTES, Appellant, v. COMMISSIONER OF INTERNAL REVENUE, Appellee.**

**Mame ESTES, Appellant, v. SAME.**

**Harry E. LEADLEY, Appellant, v. SAME.**

**No. 10553.**

Circuit Court of Appeals, Sixth Circuit.
April 21, 1948.

Clark, Klein, Brucker & Waples, of Detroit, Mich. (Wilber M. Brucker, of Detroit, Mich., of counsel), for petitioners.

Theron L. Caudle, of Washington, D.C., for respondent.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

On petition to review a decision of the Tax Court of the United States.

The above cause having come on to be heard upon the transcript of the record, the briefs of counsel, and arguments in open court, and the court having been duly advised in the premises, now, therefore, it is hereby ordered, adjudged, and decreed that the decision of the Tax Court of the United States be and is hereby affirmed, upon the authority of Dobson v. Commissioner, 320 U.S. 489, 64 S.Ct. 239, 88 L. Ed. 248.

**GATES, McDONALD & COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 10571.**

Circuit Court of Appeals, Sixth Circuit.
April 16, 1948.

Donald C. Power and Sidney D. Griffith, both of Columbus, Ohio, for petitioner.

Theron L. Caudle, of Washington, D. C., for respondent.

Before ALLEN, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel.

On consideration whereof, it is ordered that the decision of the Tax Court of the United States be, and it hereby is, affirmed for the reasons stated in its opinion herein.